UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOSEPH GUGLIELMO,
                         Plaintiff,

         -against-

FIRSTSTREET FOR BOOMERS AND
BEYOND, INC.,
                        Defendant.   X
-------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2020

20 Civ. 00535 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated January 24, 2020 (Dkt. No. 5), required the parties to file a proposed case management plan and joint letter by March 5, 2020;

        WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

        **ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **March 9, 2020**, at **noon**.

Dated: March 6, 2020
           New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**