Application GRANTED IN PART. Defendant's deadline to answer is adjourned to April 17, 2020.

Plaintiff's application to adjourn the initial pretrial conference to April or May is DENIED. The Court does not ordinarily adjourn the initial pretrial conference pending settlement discussions.

The initial pretrial conference is ADJOURNED to **March 19, 2020, at 10:40 a.m.**, due to the parties' failure to file the joint letter and Case Management Plan and Scheduling Order pursuant to this Court's Orders at Dkt. Nos. 5 & 11. The parties shall file their joint letter and Case Management Plan and Scheduling Order as soon as possible and no later than March 12, 2020 at noon.

Dated: March 9, 2020
     New York, New York

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

    Re:    **Joseph Guglielmo vs Firststreet for Boomers and Beyond, Inc.**
           **Case #: 1:20-cv-00535-LGS**

Dear Judge Schofield:

We represent the plaintiff in the above matter. We write with the consent of Defendant to respectfully request that the initial conference currently scheduled for March 12, 2020 at 10:40am be adjourned to a later date (proposed dates include April 27, 28, or May 4, 5, 6, 7, or 8.) The Plaintiff and Defendant are working diligently on resolution of the matter, but at this time one of the primary decision makers for the Defendant is unavailable.

This is the Plaintiff's first request for an adjournment. Defendant previously requested an adjournment which was denied.

Additionally in order to keep costs down in working towards resolution the Plaintiff requests for the Defendants time to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or complaint in this action, be and the same hereby is extended from March 20, 2020 to April 17, 2020. This is the second request for an extension. The first request was granted.

We thank Your Honor and the Court for its kind considerations and courtesies.

                                      Respectfully submitted,

                                      *s/ David Force*
                                      David Force, Esq.

    cc:    All Counsel of Record via ECF



YAAKOV SAKS▲*
JUDAH STEIN▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com