UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSEPH GUGLIELMO,                                           :
                                         Plaintiff,         :
                                                            :      20 Civ. 00535 (LGS)
              -against-                                     :
                                                            :      ORDER
FIRSTSTREET FOR BOOMERS AND                                 :
BEYOND, INC.,                                               :
                                         Defendant.         X
------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for March 19, 2020;

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan; it is hereby

    **ORDERED** that the March 19, 2020, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED** that, if Defendant seeks to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

    **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties did not justify the extended discovery periods in their submitted proposed case management plan and scheduling order. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: March 16, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE